FILED

2026 Feb-20  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B TO COMPLAINT

# Title 37 of the Code of Alabama, as amended by Act of the Legislature of Alabama No. 686 approved

# September 19, 1949

Act No. 686 H. 659—Dobbs (Elmore), Hornsby

AN ACT

_ . To amend Sections 394, 395, 398, 399, 400 and 402 of Title 37 of the Code of Alabama; to provide for and authorize the incorporation for any municipality m the state of a corporation having the same powers func¬ tions and duties with respect to both a water works plant and system sewer system that a corporation organized under Sections 394 to 402 of said Title 37 now has with respect to a water works plant and system; to authorize any corporation heretofore or hereafter organ¬ ized under said sections (either as they have heretofore existed or as herein amended), with the approval of the municipality which has au¬ thorized its incorporation, to amend its certificate of incorporation so as to provide for the operation of a sanitary sewer system or a water works plant and system in addition to the system for operation of which it was originally organized and to change its corporate name accordingly; to

1058

provide for the sale of water, and the furnishing of sewer services and other services from the system or systems of such corporation; to au¬thorize the sale at wholesale of all or any part of the water supply of such corporation to any municipality or to any other corporation organ¬ized under said sections; to authorize and provide for such corporation to borrow money and issue interest bearing bonds payable solely from the revenues of both its water works plant and system and its sanitary sewer system, or either of them, to pledge such revenues for payment of such bonds, and to mortgage, pledge or otherwise convey any such system the revenues from which are so pledged; to provide for the manner of execution of the bonds of such corporation; to provide that the property and income of such corporation, its bonds, the income therefrom and any instrument executed as security* for its bonds shall be exempt from taxa¬tion in the State of Alabama; to provide in certain events for the vesting of title to such corporation's water works plant and system and sanitary sewer system, or either of them, in the municipality which authorized the incorporation of such corporation and for the dissolution of such corporation; to authorize the conveyance of a water works plant and system and a sanitary sewer system, or either of said systems, to such corporation by the municipality which authorized its incorporation without an election of the qualified voters of such municipality and to authorize such municipality to enter into any agreements with such corporation necessary or appropriate to effectuate such transfer.

Be It Enacted by the Legislature of Alabama :

Section 1. Section 394 of Title 37 of the Code of Alabama is hereby amended so that the same shall read as follows: Section 394. Whenever any number of natural persons, not less than three, shall file with the governing body of any municipality in

this state an application in writing for authority to incorporate a public corporation for the purpose of operating a water works plant and system and a sanitary sewer system, or either of such systems, and if it shall be made to appear to such governing body that each of said persons is a duly qualified elector of and owner of property in said municipality, and if the governing body of said municipality shall adopt a resolution, which shall be duly entered upon the minutes of such governing body, wherein it shall be declared that it is wise, expedient, and necessary that such a corporation be formed, and that the persons filing said application shall be authorized to proceed to form such corporation, then said persons shall proceed to organize such a corporation by executing and filing for record a certificate of incorporation as hereinafter provided. No corporation shall be formed here¬ under unless the application provided for herein shall be made and unless the resolution herein provided for shall be adopted. The term, "water system", wherever used in this article, means a water works plant and distribution system, together with all appurtenances thereto and all property used in connection there¬ with, including franchises. The term, "sewer system", wherever used in this article, means a sanitary sewer system, including mains, laterals, sewage disposal plants or sewage treatment plants, and all appurtenances to such system and all property used in connection therewith. The term, "system", wherever used in

1059

this article, means a water system or a sewer system. The term, systems , wherever used in this article, means a water system and a sewer system.

Section 2. Section 395 of Title 37 of the Code of Alabama of 1940 is hereby amended so that the same shall read as follows: Section 395. The certificate of incorporation of any corporation organized under this article shall state: the name of the corpora¬ tion, which shall be a name indicating the system or systems for operation of which the corporation is organized (e.g., "The Water

Works and Sewer Board of the City (or Town) of...•

the location of its principal office and the post office address thereof; the period for the duration of the corporation (if the duration is to be perpetual, this fact should be stated); and the objects for which the corporation is organized. The certificate of incorporation may also contain any provisions not contrary to law which the incorporators may choose to insert for the regula- tion and conduct of the affairs of the corporation. Any corpora- tion organized under this article may at any time amend its cer¬ tificate of incorporation so as to provide for the operation of a system in addition to the system for the operation of which the corporation was originally organized, and shall at the same time make any change in the name of the corporation which may be made appropriate by reason of any amendment respecting the objects for which the corporation is organized. Any such amend¬ ment may be effected in the following manner: the board of di¬ rectors of the corporation shall adopt a resolution setting forth the proposed amendment, which shall include any proposed change m the name of such corporation. If the governing body of the municipality which authorized the incorporation of the corporation shall by resolution of its governing body consent to such proposed amendment, the chairman of the board of directors or other chief executive officer of the corporation, and the sec- retary of the corporation shall then file in the office of the Judge * the county in which the certificate of incorporation

£ is filed > a certificate in the name of and in be-

hait of the corporation, under its seal, reciting the adoption of the
said respective resolutions by the board of directors and by the
said governing body, and setting forth the said proposed amend-
ment. The proposed amendment shall become effective upon the
filing of such certificate in the said office.
Section 398 of Title 37 of the Code of Alabama of
1940 ! S hereby amended so that the same shall read as follows:
oection 398 Each corporation formed under this article shall
have the following powers together with all powers incidental
thereto or necessary to the discharge thereof in corporate form-
to have succession by its corporate name for the duration of time
(which may be in perpetuity) specified in its certificate of in¬
corporation, or until dissolved as hereinafter provided; to sue and
be sued and to defend suits against it; to make use of a corporate

1060

seal and to alter the same at pleasure; to acquire, purchase, con¬
struct, operate, maintain, enlarge, extend and improve any sys¬
tem or systems operation of which is provided for in the certifi¬
cate of incorporation of such corporation (whether or not such
system or systems were in existence or whether or not such sys¬
tem or systems were privately owned prior to acquisition by such
corporation), and to receive, acquire, take and hold, whether by
purchase, gift, lease, devise or otherwise, real, personal and
mixed property of any nature whatsoever that its board of di¬
rectors may deem a necessary or convenient part of such system
or systems; to borrow money and to issue in evidence of the bor¬

rowing interest bearing bonds payable solely from the revenues derived from the operation of either or both of its systems (although the money so borrowed may be used for the benefit of or with respect to only one of its systems); to pledge for payment of its bonds any revenues from which such bonds are made payable and to mortgage, pledge, or otherwise convey the system or systems the revenues from which are so pledged; to sell at wholesale all or any part of its water supply to any other corporation organized under the provisions of this article or to any mumcipality for distribution to the inhabitants thereof and the surrounding territory; to sell water and to furnish sewer services and other services from any system operation of which is provided for in its certificate of incorporation and to establish and collect and alter charges for water, sewer services, and all services of any kind sold or furnished by it (provided that charges for services from any sewer system shall be established in such manner that there shall be no charge with respect to any portion of such sewer system that may have been paid for wholly or in part by assessments against the property specially benefitted thereby, but any person whose property is served in part by a portion of a sewer system so paid for and in part by a portion of a sewer system not so paid for may be charged an appropriate rate for the service rendered such property by a sewer disposal plant, a sewage treatment plant or any other portion of a sewer system which has not to any extent been paid for by such assessments); to operate its sewer system and its water system as one consolidated and unified system, keeping the books and records thereof as one unit; to lease, exchange, sell, convey and otherwise dispose of its real, personal and mixed property by any form of legal conveyance or transfer; to exercise all powers of eminent domain now or hereafter conferred on municipalities in this state; to appoint and employ such officers and agents, including attorneys, as its business may require; to provide for such insurance as its board of directors may deem advisable. Any mortgage, deed of trust, or

pledge agreement made by such corporation may contain such agreements as the board of directors may deem advisable respect¬ing the operation and maintenance of the property and the use of the revenues subject to such mortgage, deed of trust, or pledge

1061

agreement and respecting the rights or duties of the parties to such instrument or the parties for the benefit of whom such in¬strument is made; provided, that no such mortgage or deed of trust shall be subject to foreclosure. The property and income of such corporation shall be exempt from all taxation in the State of Alabama.

Section 399 of Title 37 of the Code of Alabama of 1940 is hereby amended so that the same shall read as follows: Section 399. To further secure the repayment of any money borrowed by it, such corporation may enter into a contract or contracts binding itself for the proper application of the money borrowed, for the continued operation and maintenance of any system or systems owned by it, or any part or parts thereof, for the imposition and collection of reasonable rates for and the promulgation of reasonable regulations respecting any service furnished from its system or systems (including the furnishing o± water, sewer service, and any other services), for the dispos¬ition and application of its gross revenues or any part thereof, and tor any other act or series of acts not inconsistent with the pro¬visions of this article for the protection of the loan and the assur¬ance that the revenues from its system or systems will be suffi¬cient to operate such system or systems, maintain the same in good repair and in good operating condition, pay the principal of and interest on any bonds payable from such revenues, and maintain

such reserves as may be deemed appropriate for the protection o the loan and the efficient operation of such system or systems.

i^n ecti i° n 5 ; Section 400 of Title 37 of the Code of Alabama of 1940 is hereby amended so that the same shall read as follows: Section 400. All bonds issued by any corporation organized under this article shall be signed by the chairman of its board of direc- tors or other chief executive officer and attested by its secretary, and the seal of such corporation shall be affixed thereto. Any interest coupons applicable to the bonds of such corporation shall be signed by the chairman of the board of directors or other chief executive officer, but a facsimile of such signature may be im¬ pressed on any such interest coupon in lieu of his manually sign¬ ing the same. Any such bonds may be executed and delivered by such corporation at any time and from time to time, shall be in such form and denominations and of such tenor and maturities shall contain such provisions not inconsistent with the provisions of this article, and shall bear such rate or rates of interest payable -a e y^ ence ^ such manner as may be provided by resolution ot its board of directors. Any borrowing may be effected by sale ot such bonds at either public or private sale in such manner and at such price or prices and at such time or times as may be de¬ termined by the board of directors of such corporation to be most advantageous. Any bonds issued by such corporation may thereafter at any time (whether before, at or after the maturity thereof) and from time to time be refunded by the issuance of

1062

refunding bonds, which may be sold by such corporation at public or private sale at such price or prices as may be determined by its

board of directors to be most advantageous, or which may be ex¬ changed for the bonds to be refunded. The corporation may pay all expenses, premiums and commissions which its board of di¬ rectors may deem necessary and advantageous in connection with any financing done by it. All bonds issued by such corporation shall be construed to be negotiable instruments although payable solely from a specified source. All such bonds, the income there¬ from, and all mortgages and other instruments executed as se- curity therefor shall be exempt from all taxation in the State of Alabama. All debts created and bonds issued by any such cor¬ poration shall be solely and exclusively an obligation of the cor¬ poration and shall not create an obligation or debt of any munici¬ pality. No municipality shall pledge its faith and credit for the payment of any debt incurred or bonds issued by such corporation. When any such corporation shall have borrowed money and is¬ sued its bonds payable from the revenues of its systems, or either of them, it shall charge, collect and account for revenues from the operation of such system or systems sufficient to pay the principal of and the interest on said bonds as such principal and interest respectively mature, to pay the costs of operating and maintaining such system or systems and to create and maintain any reserves or special funds which may be provided for in the proceedings authorizing the issuance of the bonds. Any such cor¬ poration shall apply all such revenues in the manner and for the purposes provided for in such proceedings. When the principal of and the interest on any bonds of such corporation payable from the revenues derived from the operation of a system owned by such corporation shall have been paid in full, then such system shall thereupon become the property of the municipality which authorized the incorporation of such corporation and title to said system shall thereupon immediately vest in such municipality. When title to all property owned by any corporation organized under the provisions of this article shall have vested in the munici¬ pality which authorized the incorporation thereof, then such cor¬

poration shall thereupon stand dissolved. The formation and dis¬ solution of one or more corporations under the provisions of this article shall not prevent the subsequent formation hereunder of another corporation.

Section 6. Section 402 of Title 37 of the Code of Alabama of 1940 is hereby amended so that the same shall read as follows: Section 402. Each municipality which may now or hereafter own a system or systems and which shall have authorized a corporation to be incorporated under the provisions of this article, is hereby authorized to transfer and convey any such system or systems to such corporation, without the necessity of authorization at an election of the qualified voters of such municipality; provided, that an ordinance authorizing such transfer and conveyance shall

1063

have theretofore been duly enacted by the governing body of such municipality, and provided further that such corporation shall assume and agree to pay, as the same become due and payable, the principal of and interest on any obligations of such munici¬ pality that are payable from or secured by the revenues from the system or systems so transferred or shall pay to such municipality at the time of the transfer an amount of money sufficient to pro¬ vide funds to retire any such obligations. The governing body of such municipality is hereby authorized to enter into any agree¬ ments with such corporation which may be necessary or appro¬ priate in order to effectuate such transfer, and in the instrument of transfer may impose any conditions or stipulations deemed advisable by its governing body and not inconsistent with the provisions of this article respecting the subsequent control, man¬

agement, operation, extension and improvement by such corporation of the system or systems so transferred to it. Nothing contained in this article shall be construed to authorize any corporation organized hereunder to convey any system which may be transferred to it by a municipality so as to vest title thereto in private ownership and control; provided, however, that title to such a system may be subjected, pursuant to the provisions of this article, to a mortgage, deed of trust, or pledge agreement as security for repayment of money borrowed by such corporation.

Section 7. In the event any section, sentence, clause or provision of this act shall be declared invalid by any court of competent jurisdiction, such action shall not affect the validity of the remaining sections, sentences, clauses or provisions of this act, which shall continue effective.

Approved Sept. 19, 1949.

Time 10:33 A. M.