FILED
2026 Feb-20  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

AGREEMENT OF DISSOLUTION
OF
THE BIRMINGHAM WATER WORKS COMPANY

INC 86 PAGE 167

This Agreement between The Birmingham Water Works Company, herein called the Company, and The Water Works Board of the City of Birmingham, herein called the Water Works Board, dated July 26, 1951, WITNESSETH, that, WHEREAS

1.    The Company is a corporation of the State of Alabama with its principal office in Jefferson County, Alabama. While originally organized by Act of the Legislature of Alabama, its charter has been duly amended from time to time by certificates filed in the office of the Judge of Probate of Jefferson County.

2.    For the purpose of acquiring the water works system and assets of the Company the Water Works Board was incorporated in Jefferson County under Title 37 (394) of the Code of Alabama on November 21, 1950, acquired on July 9, 1951 all of the outstanding capital stock of the Company, and on said date caused all of the properties and assets of the Company to be transferred, in liquidation, to the Water Works Board as sole stockholder, in consideration of the assumption by the Water Works Board of all lawful and enforceable debts and obligations and the performance of all agreements and under-takings of the Company binding on the Company and subject to all defenses, rights and remedies of the Company with respect thereto.

3.    Under date March 23, 1951, the Alabama Public Service Commission granted the application of the Company for permission under Title 48 (35) of the Code of Alabama to discontinue operations and liquidate in the event of the purchase of the entire common capital stock of the Company by the Water Works Board, and entered an order to that end in Docket 12603 - Sub A for the discontinuance of the Company's operation in the event stated.

4.    The service of distribution of water in the Birmingham area has been taken over and is being discharged by the Water Works

2.

Board, effective July 9, 1951.

INC **86** PAGE **168**

In consideration of the premises, it is agreed by and between the Company and the Water Works Board, and is hereby determined and declared by the Water Works Board, as holder of all of the capital stock of the Company issued and outstanding, that The Birmingham Water Works Company shall be and the same is hereby dissolved, due provision having been heretofore made and completed for the final liquidation in full of its business and affairs and this agreement being executed for filing in the office of the Secretary of State of Alabama, in the office of the Judge of Probate of Jefferson County and with the Alabama Public Service Commission.

IN TESTIMONY WHEREOF, Witness the corporate signatures of The Birmingham Water Works Company and The Water Works Board of the City of Birmingham by their respective officers thereunto duly authorized, this the 26th day of July, 1951.

Seal
Attest:

_C. E. Armstrong_
Secretary

THE BIRMINGHAM WATER WORKS COMPANY

By _A. C. Montgomery_
President

Seal
Attest:

_C. E. Armstrong_
Secretary

THE WATER WORKS BOARD OF THE CITY OF BIRMINGHAM

By _A. C. Montgomery_
Chairman.

ATTEST AS TO ALL SIGNATURES:

_C. E. Armstrong_

_Forney Johnston_

CERTIFICATE OF PRESIDENT
OF
THE BIRMINGHAM WATER WORKS COMPANY

The undersigned, A. C. Montgomery, President of The Birmingham Water Works Company, hereby certifies that the above and foregoing agreement between The Birmingham Water Works Company and The Water Works Board of the City of Birmingham was executed and delivered on this date and that said The Water Works Board of the City of Birmingham