FILED

2026 Feb-20  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

*/s/ Christopher W. Weller*
CHRISTOPHER W. WELLER (ASB-6640-W81C)
JOHN E. SEARCY, JR. (ASB-4876-H63S)
W. JACKSON BRITTON (ASB-8252-K46Y)
J. MITCHELL SIKES (ASB-1631-L00G)
Attorneys for James A. ("Jimmie") Stephens and the Regional Board Defendants: Phillip Wiedmeyer, Bill Morris, David Standridge, Jeffrey Brumlow, and Thomas Hudson, Jr.

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: Chris.Weller@chlaw.com
       John.Searcy@chlaw.com
       Jackson.Britton@chlaw.com
       Mitchell.Sikes@chlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August 2025, I electronically filed the foregoing with the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ *Christopher W. Weller*
OF COUNSEL

2

# Exhibit 1

# Resolution No. 9829-25

# &

# Amendment to Certificate of Incorporation

**RESOLUTION AUTHORIZING AN AMENDMENT TO THE CERTIFICATE OF INCORPORATION IN ACCORDANCE WITH ALA. CODE §11-50-300.04 (1975)**

---

**WHEREAS,** Ala. Code §11-50-300.04 (1975) which became law on May 7, 2025, requires the Water Work Board of the City of Birmingham (the "Board") to amend its certificate of incorporation by: (1) Acknowledging that the Board has met the requirements of Ala. Code §11-50-300(a); (2) Changing its name to reflect the regional nature of the Board and including the name of the authorizing municipality in the new name; and (3) Making any other necessary amendments that are not inconsistent with Ala. Code §11-5-30, et seq;

**NOW, THEREFORE, BE IT RESOLVED** by the Water Work Board of the City of Birmingham, upon a motion made by Mr. Phillip Wiedmeyer and seconded by Mr. Jeffrey Brumlow, as follows:

1. That the Certificate of Incorporation of the Board, as amended and restated, be further amended as follows:

    a. By striking ARTICLE I of the amended and restated Certificate of Incorporation and substituting the following in lieu thereof:

    **ARTICLE I**

    1.01 The name of the corporation shall be The City of Birmingham Regional Water Works d/b/a Central Alabama Water.

    b. By striking Sections 6.02, 6.06 and 6.08 of ARTICLE VI of the amended and restated Certificate of Incorporation and substituting the following in lieu thereof.

    6.02 The directors of the Board shall consist of seven members and be elected and hold office for staggered terms as set forth in Ala. Code §11-50- 300.03, as amended from time to time. Elected officials shall be eligible for appointment to the Board, as provided by law. All members of the Board shall be reimbursed for actual expenses incurred in and about the performance of their duties. All members of the Board may be paid a director's fee in an amount as provided by law, as amended from time to time.

    6.06 Any director may resign by filing written notice of such resignation with the Board stating the effective date thereof. In the event of any resignation prior to expiration of the term of office of the director resigning, the vacancy shall be filled as provided by law. Any director filling said vacancy shall hold office for the term for which the director so resigning was appointed. Directors whose terms shall expire shall nevertheless serve until the appointment of their respective successors.

6.08   All debts created and bonds issued by the Board shall be solely and exclusively the obligation of the Board and shall not constitute an obligation or debt of any city, county, or the State of Alabama.

c.   By adding the following ARTICLE VII to the amended and restated Certificate of Incorporation.

## ARTICLE VII

7.01   The Board acknowledges that it is a municipal water works board authorized to be incorporated by a municipality and, on January 1, 2015, either served water customers or has assets in four or more counties other than the county where the authorizing municipality is principally located, or after January 1, 2015, either serves water customers or has assets in four or more counties other than the county where the authorizing municipality is principally located, and therefore Board has met the requirements of Ala. Code §11-50-300(a).

2.   That the Chair is authorized to execute the attached Amendment to Certificate and after the same is acknowledged before an officer authorized by the laws of this state to take acknowledgement of deeds, file the same in the office of the judge of probate where the board's original certificate of incorporation was filed.

Resolution No. 9829 is hereby adopted by Directors Brumlow, Hudson, Morris, Standridge, and Wiedmeyer; and Directors Patton and Tyson voted no, on this the 24th day of June 2025.

_____
Jeffrey W. Brumlow, Member

_____
Thomas C. Hudson, Jr., Member

_____
Bill Morris, Member

_____
Jarvis Patton, Member

_____
Jack David Standridge, Member

_____
Sheila Tyson, Member

_____
Phillip R. Wiedmeyer, Member



**Judge Yashiba Glenn-Blanchard and Judge Jameria Johnson Moore**
Judge of Probate
Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
(205) 325-5300

| CUSTOMER INFORMATION | TRANSACTION INFORMATION | | | |
|---|---|---|---|---|
| JAMES PORTER | Transaction #: | 11252056 | Source Code: | Over the Counter |
| | Receipt #: | 1607123 | Return Code: | Over the Counter |
| , | Cashier Date: | 06/27/2025 | Comments: | |
| | Print Date: | 06/27/2025 | | |
| | Cashier By: | NashB | | |

**AMENDMENT PROFIT**          **Instrument.: 2025058872**

From:   WEATER WORK BOARD BIRM    To:

| | |
|---|---|
| CORPORATION 2 | $27.00 |
| ARCHIVAL FEE | $11.00 |
| **Document Total:** | **$38.00** |

| PAYMENT:  CHECK | 25134 | AMOUNT: | $38.00 |
|---|---|---|---|

**Void / Revised Reason:**

| Total Payments: $ 38.00 | Total Fees: | $ 38.00 | Shortage: $ 0.00 |
|---|---|---|---|
| Overage: $ 0.00 | Total Change Returned: | $ 0.00 | |

County Division Code: AL 040
Inst. # 2025056672 Pages: 3 of 3
I certify this instrument filed on
6/27/2025 11:35 AM Doc: PAMEND
Judge of Probate
Jefferson County, AL. Rec: $38.00

Clerk: NashB

## AMENDMENT TO CERTIFICATE OF INCORPORATION OF
## THE WATER WORK BOARD OF THE CITY OF BIRMINGHAM

**KNOW ALL MEN BY THESE PRESENTS** that the undersigned Chairperson of the Board of Directors of the Water Work Board of the City of Birmingham, a public corporation (hereinafter called the "Board") organized under the provisions of Alabama Code §11-50-230, et seq. (1975), in order to amend the Certificate of Incorporation of the Board pursuant to Act No. 25-297, Ala. Code §11-5-300, et seq. (1975), does hereby make, sign, execute, acknowledge and file the following amendment to the Board's Certificate of Incorporation, as previously amended, as follows:

1. The Board acknowledges that it is a municipal water works board authorized to be incorporated by a municipality and, on January 1, 2015, either served water customers or has assets in four or more counties other than the county where the authorizing municipality is principally located, or after January 1, 2015, either serves water customers or has assets in four or more counties other than the county where the authorizing municipality is principally located, and therefore Board has met the requirements of Ala. Code §11-50-300(a).

2. On June 24, 2025, the Board at a duly called meeting and with a quorum present adopted the following Resolution No. 9829 -25.

**NOW, THEREFORE, BE IT RESOLVED** by the Water Work Board of the City of Birmingham upon motion made and seconded as follows:

1. That the Certificate of Incorporation of the Board, as amended and restated, be further amended as follows:

   a. By striking ARTICLE I of the amended and restated Certificate of Incorporation and substituting the following in lieu thereof:

### ARTICLE I

1.01    The name of the corporation shall be The City of Birmingham Regional Water Works d/b/a Central Alabama Water.

   b. By striking Sections 6.02, 6.06 and 6.08 of ARTICLE VI of the amended and restated Certificate of Incorporation and substituting the following in lieu thereof.

6.02    The directors of the Board shall consist of seven members and be elected and hold office for staggered terms as set forth in Ala. Code §11-50-300.03, as amended from time to time. Elected officials shall be eligible for

appointment to the Board, as provided by law. All members of the Board shall be reimbursed for actual expenses incurred in and about the performance of their duties. All members of the Board may be paid a director's fee in an amount as provided by law, as amended from time to time.

6.06    Any director may resign by filing written notice of such resignation with the Board stating the effective date thereof. In the event of any resignation prior to expiration of the term of office of the director resigning, the vacancy shall be filled as provided by law. Any director filling said vacancy shall hold office for the term for which the director so resigning was appointed. Directors whose terms shall expire shall nevertheless serve until the appointment of their respective successors.

6.08    All debts created and bonds issued by the Board shall be solely and exclusively the obligation of the Board and shall not constitute an obligation or debt of any city, county, or the State of Alabama.

c.    By adding the following ARTICLE VII to the amended and restated Certificate of Incorporation.

### ARTICLE VII

7.01    The Board acknowledges that it is a municipal water works board authorized to be incorporated by a municipality and, on January 1, 2015, either served water customers or has assets in four or more counties other than the county where the authorizing municipality is principally located, or after January 1, 2015, either serves water customers or has assets in four or more counties other than the county where the authorizing municipality is principally located, and therefore Board has met the requirements of Ala. Code §11-50-300(a).

**IN WITNESS WHEREOF**, the undersigned Chairperson of the Board of Directors has caused this Certificate of Amendment to be executed in the name of and on behalf of the Board of Directors under its corporate seal on this the 27th day of June 2025.

The Water Work Board of the City of Birmingham

By: _Thomas W. Hudson_

Its Chairperson

STATE OF ALABAMA )

COUNTY OF JEFFERSON )

### ACKNOWLEDGMENT

I, Deborah Stephens, a Notary Public, in and for said County in said State, hereby certify that Thomas Hudson , whose name is signed as Chairperson of the Board of Directors of The Water Work Board of the City of Birmingham, a public corporation under the laws of the State of Alabama, is signed to the foregoing Certificate of Amendment and who is known to me, acknowledged before me on this day that, being informed of the contents of said Certificate of Amendment, he/she, in his/her capacity as such Chairperson, and on behalf of The Water Work Board of the City of Birmingham, executed the same voluntarily and with full authority for and on behalf of the public corporation.

Given under my hand this the 27th day of June 2025.

Deborah Ann Stephens

Notary Public

My commission expires: 9/4/2028

# Exhibit 2

# 2001 Acquisition Agreement