FILED

2026 Feb-20  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Water Boards:**

1. Montgomery Waterworks board
    a. https://www.mwwssb.com/
    b. Section 11, Chapter 50
2. Auburn waterworks board
    a. https://www.auburnal.gov/boards-and-commissions/independent-authorities/water-works-board/
    b. Section 11-50-313(c)
3. Waterworks Board of Prattville
    a. https://www.pwwb.com/about-us
    b. Title 37 of the Code of Alabama
4. Waterworks boards of Section & Dutton
    a. https://www.sectionduttonwaterworks.com/
5. Greenville Water Works & Sewer Board
    a. https://greenvillewaterworks.com/about-us/
    b. It was established by a resolution of the City Council in 1955.
6. Central Alabama Water/ Birmingham Water Works Board
    a. https://caw-al.gov/
    b. Dissolved in 2025
7. Wetumpka Water Works & Sewer Board
    a. https://www.wetumpkawater.com/Default.asp?ID=24&pg=About+Us
8. Selma Water Works Co
    a. http://selmawaterworksandsewer.com/
    b. Since 1966
9. Columbiana Waterworks Board
    a. https://columbiana-water.com/
    b. Organized under Title 37, Sections 394 to 402, inclusive of the Code of Alabama, 1940 as amended.  (Title 11-50-230 to 241)
10. Monroeville Water Works
    a. https://www.monroevillewaterworks.com/
    b. Incorporated on August 22, 1945
11. Anniston Water Works & Sewer Board
    a. https://www.awwsb.org/
12. Central Elmore Water & Sewer
    a. https://www.cewsa.com/
    b. The Authority is a public corporation incorporated and existing under the provisions of the Enabling Law. The Authority was incorporated in 1973 pursuant to resolution and authorization granted by the governing body of Elmore County, Alabama under the name Red Land Water and Fire Protection Authority.
13. Grandbay Waterworks board
    a. https://grandbaywater.org/
14. Jacksonville Water Works
    a. https://www.jacksonville-al.org/community/page/history
15. Eufaula Water Works & Sewer
    a. https://eufaulawaterworks.com/

b. The Water Board is a municipal corporation of the State of Alabama, established in 1947.
16. Gadsden Water Works & Sewer
    a. https://gadsdenwater.org/
17. Jasper Waterworks & Sewer Brd
    a. https://www.jwwsb.org/
    b. In 1942 the Water Works Board of the City of Jasper was formed through a 1939 Waterworks Statute as an Alabama non-profit corporation, and purchased the distribution system from Alabama Water Service Company.
18. Alabaster Water Board
    a. https://www.alabasterwater.com/
19. Water Works & Sewer Board of the Town of Fort Deposit
    a. https://fortdepositwater.nexbillpayonline.com/
    b. The Water Works & Sewer Board of the Town of Fort Deposit was incorporated on August 28, 1948
20. Clanton Water Board
    a. https://www.clantonal.gov/222/Utilities-Department

Potential:
1. Marbury Water
    a. https://marburywater.com/terms-and-conditions/
2. Eclectic Water Works and Sewer Department
    a. https://eclecticwaterworks.com/about-us/
3. Opelika Water Works Board
    a. https://www.owwb.com/
4. Tallassee "Friendship" Water Works
    a. http://dww.adem.alabama.gov/DWW/JSP/WaterSystemDetail.jsp?tinwsys_is_number=363&tinwsys_st_code=AL&wsnumber=AL0000537
5. Autauga
    a. https://autaugacowater.nexbillpayonline.com/
        i. Has a board