FILED
2026 Feb-20  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Metropolitan Statistical Areas



Produced by the Department of Geography
College of Arts and Sciences
The University of Alabama